**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02769-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

RON L. GATEWOOD,

    Plaintiff,

v.

VETERANS AFFAIRS,
DR. COVILLE,
J. TASH BERTON,
DR. PETER QUINTERO,
DR. BRIAN REISS,
DEPT. OF LABOR,
DR. LOEFFOER,
DR. ROBERT KAWASSAKI,
DR. ED BACKER,
DR. CRABOWSKI,
HOLY HEALTH CARE SYS.,
CCIA INSURANCE,
PENNICOL INSURANCE,
WORKERS COMP.,
PSL/HOSPITAL,
HOLLY HEALTH OCCP, and
KAISER PERMANENTE,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
- (1) __ is not submitted
- (2) __ is not on proper form (must use the court's current form)
- (3) __ is missing original signature by Plaintiff
- (4) __ is missing affidavit
- (5) __ affidavit is incomplete
- (6) __ affidavit is not notarized or is not properly notarized
- (7) __ names in caption do not match names in caption of complaint, petition or application
- (8) _X_ other: Plaintiff has failed to complete the "Real and Personal Property" section on the form.

**Complaint or Petition**:
- (9) __ is not submitted
- (10) __ is not on proper form (must use the court's current form)
- (11) __ is missing an original signature by the Plaintiff
- (12) _X_ is incomplete: Failed to identify jurisdiction on page 2
- (13) __ uses et al. instead of listing all parties in caption
- (14) __ names in caption do not match names in text
- (15) _X_ addresses must be provided for all defendants the "Parties" section of the complaint form
- (16) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Complaint form and the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED October 19, 2012, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge