IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02769-BNB

RON L. GATEWOOD,

    Plaintiff,

v.

VETERANS AFFAIRS,
DR. COVILLE,
J. TASH BERTON,
DR. PETER QUINTERO,
DR. BRIAN REISS,
DEPT. OF LABOR,
DR. LOEFFOER,
DR. ROBERT KAWASSAKI,
DR. ED BACKER,
DR. CRABOWSKI,
HOLY HEALTH CARE SYS.,
CCIA INSURANCE,
PENNICOL INSURANCE,
WORKERS COMP.,
PSL/HOSPITAL,
HOLLY HEALTH OCCP, and
KAISER PERMANENTE,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Ron L. Gatewood, currently resides in Denver, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on October 19, 2012, Magistrate Judge Boyd N. Boland instructed Plaintiff to cure certain deficiencies if

he wished to pursue his claims.  Specifically, Magistrate Judge Boland instructed Plaintiff to submit a properly completed § 1915 Motion that provides information about his real and personal property and to submit a properly completed complaint form that includes the addresses for each named defendant and states the proper jurisdiction for his claims.

Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  Although Plaintiff provided the addresses for all named defendants and the jurisdiction for his claims, he did not provide all the information regarding his real and personal property as directed.  As a result, he has failed to cure all deficiencies within the time allowed. Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  26th  day of    November    , 2012.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court