IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02769-BNB

RON L. GATEWOOD,

     Plaintiff,

v.

VETERANS AFFAIRS,
DR. COVILLE,
J. TASH BERTON,
DR. PETER QUINTERO,
DR. BRIAN REISS,
DEPT. OF LABOR,
DR. LOEFFOER,
DR. ROBERT KAWASSAKI,
DR. ED BACKER,
DR. CRABOWSKI,
HOLY HEALTH CARE SYS.,
CCIA INSURANCE,
PENNICOL INSURANCE,
WORKERS COMP.,
PSL/HOSPITAL,
HOLLY HEALTH OCCP, and
KAISER PERMANENTE,

     Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 28, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of November, 2012.

          FOR THE COURT,

          JEFFREY P. COLWELL, Clerk

          By: s/ S. Grimm
              Deputy Clerk